IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. SAMUELS,                               No. CIV S-10-2689-CMK-P

       Plaintiff,

    vs.                                                           ORDER

WOODS, et al.,

       Defendants.

                                   /

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: June 22, 2011

                                                                                                                                                                                         */s/ Craig M. Kellison*
                                                                                                                                                                                          **CRAIG M. KELLISON**
                                                                                                                                                                                           UNITED STATES MAGISTRATE JUDGE

1