IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT E. SAMUELS,** | Case No. CIV-S-10-2689-LKK-CMK-P |
| Plaintiff, | **ORDER** |
| v. | |
| **WOODS, et al.,** | |
| Defendants. | |

    Defendants' request to conduct Plaintiff's deposition via videoconference, good cause appearing, is granted.

    IT IS ORDERED that Defendants' counsel shall be permitted to take Plaintiff's deposition via videoconference.

**Date: 7/20/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1