IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. SAMUELS, | No. CIV S-10-2689-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| WOODS, et al., | |
| Defendants. | |
| _____ / | |

     Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) defendant Walker's motion for a protective order (Doc. 28); (2) defendant Silva's motion for a protective order (Doc. 31); and (3) defendant Baker's request for an extension of time to respond to discovery (Doc. 35).

     Defendants Walker and Silva seek an order relieving them of any obligation to respond to discovery requests propounded by plaintiff pending a ruling on their motion to dismiss. Good cause appearing therefor, the motions will be granted. Defendant Baker seeks a seven-day extension of time to respond to discovery requests propounded by plaintiff. Good cause appearing therefor, this request will also be granted. In light of the foregoing, the court will sua sponte amend the April 22, 2011, scheduling order to allow more time for discovery.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motions for protective orders (Docs. 28 and 31) are granted;

2. Defendant's request for an extension of time (Doc. 35) is granted;

3. The parties may conduct discovery consistent with the April 22, 2011, scheduling order until November 28, 2011; and

4. Dispositive motions are due within 90 days after the discovery cut-off date above.

DATED: July 21, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2