IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. SAMUELS, | No. CIV S-10-2689-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| WOODS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion to modify the scheduling order (Doc. 40) to allow the timely filing of their motion for summary judgment on March 8, 2012, which is beyond the dispositive motion cut-off date. Good cause appearing therefor, the request is granted nunc pro tunc to February 27, 2012, the date defendants' motion to modify the schedule was filed. Defendants' March 8, 2012, motion for summary judgment is timely.

IT IS SO ORDERED.

DATED: April 4, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1