IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. SAMUELS, | No. 2:10-CV-2689-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| WOODS, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Plaintiff 'Rand' Motion/ Supplement" (Doc. 54). To the extent plaintiff seeks through this document to supplement his opposition to defendants' motion for summary judgment, plaintiff's filing was considered in the context of findings and recommendations issued on February 21, 2013. To the extent plaintiff's document seeks independent relief, the motion is denied. The Clerk of the Court is directed to terminate Doc. 54 as a pending motion.

    IT IS SO ORDERED.

DATED: March 13, 2013

                                                                            **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE