IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. SAMUELS, | No. 2:10-CV-2689-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| WOODS, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On February 21, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 21, 2013, are adopted in full;

2. Defendants' motion for summary judgment (Doc. 41) is construed as a motion for summary adjudication and, so construed, is granted in part and denied in part;

3. Summary adjudication is granted in favor of defendants Silva, Baker, and Hernandez;

4. Summary adjudication is denied as to defendants Woods and Masuret on plaintiff's medical needs claim;

5. Summary adjudication is denied as to defendant Walker on plaintiff's safety claim;

6. All other pending motions (Docs. 21, 45, and 49) are denied as moot; and

7. This matter is referred back to the Magistrate Judge for further proceedings consistent with this order.

Dated: April 19, 2013

Troy L. Nunley
United States District Judge