1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  DAVID E. BRICE, State Bar No. 269443
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 324-8010
6   Facsimile:  (916) 324-5205
    E-mail: David.Brice@doj.ca.gov
7  *Attorneys for Defendants Woods, Masuret, and Walker*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT E. SAMUELS**,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**WOODS, et al.**,<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-02689-TLN-CMK (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Robert E. Samuels and Defendants Woods, Masuret, and Walker  have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: | 10-7-13 | */s/ **Robert E. Samuels*** |
| | | Robert E. Samuels |
| | | Plaintiff |

| | | |
|---|---|---|
| Dated: | Oct. 15, 2013 | */s/ **David E. Brice*** |
| | | David E. Brice |
| | | Deputy Attorney General |
| | | California Attorney General's Office |
| | | *Attorney for Defendants* |
| | | *Woods, Masuret, and Walker* |

In accordance with the parties' stipulation, this action is dismissed with prejudice. Plaintiff's motion for the appointment of counsel (Doc. 63) is denied as moot. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

| | | |
|---|---|---|
| 10/30/2013 | /s/ | Craig M. Kellison |
| | | United States Magistrate Judge |

SA2011300300
31784188.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:10-cv-02689-TLN-CMK (PC))